PATRICK W. CULLINAN, as Commissioner of Excise of the State of New York, Respondent, *v.* JULIUS STEIN, Defendant, and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.

*Cullinan* v. *Fidelity & C. Co.*, 84 App. Div. 292, affirmed.
(Argued January 22, 1904; decided February 9, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 29, 1903, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Charles C. Nadal* and *Joseph L. Delaney* for appellant.

*William E. Schenck* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT and WERNER, JJ. Absent: MARTIN and VANN, JJ.

---

SARAH A. SHERMAN Appellant, *v.* CAROLINE A. ALLISON, Respondent.

*Sherman* v. *Allison*, 77 App. Div. 49, affirmed.
(Argued January 25, 1904; decided February 9, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 4, 1902, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*George McGowan* for appellant.

*Leonard C. Crouch* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, CULLEN and WERNER, JJ. Not sitting: VANN, J.